# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK ANTHONY MORRIS

NO. 2024 KW 0589

**SEPTEMBER 9, 2024**

---

In Re:   Mark Anthony Morris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-98-0059.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

                    **PMc**
                    **JEW**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT